# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2007

Clifford W. Taylor,
Chief Justice

133817

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

COLLEEN J. RUDD,
        Plaintiff-Appellee,

v

                                  SC: 133817
                                  COA: 266633
                                  WCAC: 04-000094

BEDFORD PUBLIC SCHOOLS,
        Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the March 27, 2007 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and we REINSTATE the decision of the Workers' Compensation Appellate Commission (WCAC). The Court of Appeals clearly erred by failing to affirm the decision of the WCAC, where that decision was supported by the record. MCL 418.861a(14); *Mudel v Great Atlantic & Pacific Tea Co,* 462 Mich 691 (2000).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2007

_____
Clerk

t0905